**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 22-6459**

─────────────

UNITED STATES OF AMERICA,

> Plaintiff - Appellee,

v.

DANIEL DEWAYNE WOOD,

> Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  William L. Osteen, Jr., District Judge.  (1:18-cr-00303-WO-16)

─────────────

Submitted:  August 19, 2022                     Decided:  August 25, 2022

─────────────

Before AGEE and RUSHING, Circuit Judges, and KEENAN, Senior Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Daniel Dewayne Wood, Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Daniel Dewayne Wood appeals the district court's order denying his motions for compassionate release. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Wood*, No. 1:18-cr-00303-WO-16 (M.D.N.C. Feb. 25, 2022). We deny Wood's motion to appoint counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*